THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Kelvin Mays, Appellant.
 
 
 

Appeal From Hampton County
Carmen T. Mullen, Circuit Court Judge

Unpublished Opinion No. 2012-UP-301   
 Submitted April 2, 2012 – Filed May 16,
2012

AFFIRMED

 
 
 
 Appellate Defender M. Celia Robinson, of
 Columbia, for Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant
 Attorney General William M. Blitch, Jr., all of Columbia; and Solicitor Isaac
 McDuffie Stone, III, of Beaufort, for Respondent.
 
 
 

PER CURIAM: Kelvin
 Mays appeals his conviction of second-degree burglary.  Mays argues the trial
 court erred in denying his motion for a mistrial because his character was
 wrongly attacked, which most likely impacted the verdict.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: State v. Haselden, 353 S.C. 190, 196, 577 S.E.2d 445, 448
 (2003) (holding an issue was not preserved when appellant raised relevancy at
 trial but argued a different ground on appeal, namely that the testimony
 represented improper character evidence); State v. Washington, 315 S.C.
 108, 110, 432 S.E.2d 448, 449 (1992) (holding
 an appellant may not be heard on appeal to complain of the admission of evidence
 elicited by his own counsel).
AFFIRMED.
FEW, C.J., HUFF and SHORT,
 JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.